UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARRY S. JAMESON, | ) | 1:07-CV-0078 OWW DLB HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME TO FILE MOTION TO DISMISS |
| | ) | (DOCUMENT #11) |
| JAMES A. YATES, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On April 5, 2007, respondent filed a request/motion to extend time to file a motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file its motion to dismiss.

IT IS SO ORDERED.

Dated:  __April 24, 2007__          _____/s/ **Dennis L. Beck**_____
                                    UNITED STATES MAGISTRATE JUDGE