IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY JAMESON,

    Petitioner,               No. 1:07-CV-00078 ALA HC

    vs.

JAMES A. YATES.,

    Respondent.             ORDER

_____/

    Respondent is directed to file a responsive pleading. In its response, Respondent should address the following question:

    Has the Petitioner exhausted all state remedies available to him pursuant to 28 U.S.C. § 2254?

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Respondent is granted thirty-five days from the date of service of this order to file an appropriate responsive pleading;

    3. Petitioner is granted twenty-eights days from the date that Respondent files its responsive pleading to respond.

DATED: November 13, 2007        /s/ Arthur Alarcón  
                                        UNITED STATES CIRCUIT JUDGE  
                                        Sitting by Designation