IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY JAMESON,

    Petitioner,                    No. 1:07-cv-00078 ALA HC

    vs.

JAMES A. YATES.,

    Respondent.                <u>ORDER</u>

_____/

    Respondent has requested a clarification of this Court's November 16, 2007 order. This court lacks the power to grant an application for habeas corpus relief pursuant to 28 U.S.C. § 2254 (b)(1)(A) "unless it appears that– (A) the applicant has exhausted the remedies available in the courts of the State."

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Respondent is directed to file a response to this Court's November 16, 2007 order on or before December 18, 2007.

/////

DATED: December 6, 2007

                                    /s/ Arthur Alarcón
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation

1