IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY JAMESON,

      Petitioner,                    No. 1:07-CV-00078 ALA HC

    vs.

JAMES A. YATES.,

      Respondent.                 <u>ORDER</u>

_____/

      Respondent has filed a first request for an extension of time to comply with the court's December 6, 2007, order. That request will be granted.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondent's December 18, 2007, request for an extension of time to comply with the court's December 6, 2007, order is granted; and

      2. Respondent shall file a response to the court's December 6, 2007, order within thirty-five (35) days of the date of this order.

/////

DATED: December 19, 2007         /s/ Arthur Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation

1