IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY JAMESON,

    Petitioner,                    No. 1:07-CV-00078 ALA HC

    vs.

JAMES A. YATES,

    Respondent.                <u>ORDER</u>

_____/

      Petitioner Barry Jameson is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 18, 2007, Respondent filed a request for an extension of time to comply with the court's December 6, 2007, order. That request was granted on December 19, 2007. On January 2, 2008, Plaintiff filed a request that this court deny Respondent's December 18, 2007, request for an extension of time. Plaintiff's request will be denied.

      In accordance with the above,  IT IS HEREBY ORDERED that Plaintiff's January 2, 2008, request is DENIED.

/////

DATED: January 10, 2008          /s/ Arthur Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation

1