IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY JAMESON,

        Petitioner,                No. 1:07-CV-00078 ALA HC

        vs.

JAMES A. YATES,

        Respondent.              <u>ORDER</u>

_____/

      Petitioner Barry Jameson is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 23, 2008, respondent filed a response to petitioner's petition for writ of habeas corpus. The court requests plaintiff file a traverse.

      In accordance with the above, IT IS HEREBY ORDERED that plaintiff file a traverse within thirty-five (35) days of the date of this order.

/////

DATED: January 29, 2008

                                          /s/ Arthur Alarcón  
                                          UNITED STATES CIRCUIT JUDGE  
                                          Sitting by Designation