IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY JAMESON,

    Petitioner,                  No. 1:07-CV-00078 ALA HC

    vs.

JAMES A. YATES,

    Respondent.               ORDER
_____/

On February 6, 2008, Petitioner Barry Jameson filed a first request for an extension of time to file a traverse. That request will be granted.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's February 6, 2008, request for an extension of time to file a traverse is granted; and

2. Petitioner shall file a traverse within thirty-five (35) days of the date of this order.

/////

DATED: February 8, 2008

                                      /s/ Arthur Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation

1